# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| SKYLINE USA, INC., | § | |
| | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| v. | § | 6:14-cv-210-ORL-28 |
| | § | |
| M.A.S. Ga LLC d/b/a | § | |
| S & D Wholesale, | § | |
| | § | |
| Defendant. | § | |

### SKYLINE USA, INC.'S DISCLOSURE OF INFRINGEMENT CONTENTIONS

Skyline USA, Inc., pursuant to the Case Management and Scheduling Report Schedule submitted by the Parties, discloses its infringement contentions as follows:

1. Each Asserted Claim of Infringement:

A design patent consists of a single claim. The asserted claim of infringement is the claim in United States Design Patent No. D671,249.

2. The identity of each accused device including name or model number, if known:

   a. (infringing U.S. Design Patent No. D671,249):



1

3. How each element of each claim is found in each accused device:

Infringement of a design patent is not determined on an element-by-element basis. Rather, the test for design patent infringement is conducted by comparing the accused design as a whole with the patented design as a whole. The following tables compare the accused design with the patented design under all views and indicate a similarity that establishes design patent infringement under the ordinary observer test.

| Flashlight/Stun Gun View | U.S. Design Patent No. D671,249 | S&D Wholesale |
|---|---|---|
| Front Elevational View | | |

2



| Rear Elevational View | | |
| --- | --- | --- |
| Top Plan View | | |
| Bottom Plan View | | |



4.       Means plus Function Claim: Not Applicable for design patents.

5.       Whether each element is present literally or under the doctrine of equivalents:

Not applicable for design patents.

Respectfully submitted,

*/s/ Mark F. Warzecha*
Mark F. Warzecha, Esq.
Florida Bar No. 0095779
**ZIES WIDERMAN & MALEK**
1990 W. New Haven Avenue, Suite 201
Melbourne, Florida 32904
Telephone: 321-255-2332
Facsimile: 321-255-2351
MFW@ZWMLegal.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via email or first class mail upon counsel for defendants on August 29, 2014, as follows:

Amber N. Davis
Beusse Wolter Sanks & Maire, P.A.
390 N. Orange Ave., Suite 2500
Orlando, Florida 32801
adavis@iplawfl.com
Attorney for Defendant

*/s/ Mark F. Warzecha*
Mark F. Warzecha, Esq.
**Attorney for Plaintiff**

5