# EXHIBIT "B"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SKYLINE USA, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Case No. **6:14-CV-0210-**ACC-GJK |
| V. | ) |
| | ) |
| M.A.S. Ga, LLC , d/b/a S& G Wholesale | ) |
| | ) |
| DEFENDANT. | ) |

### DEFENDANT'S DISCLOSURE OF NON-INFRINGEMENT AND INVALIDITY CONTENTIONS

Now comes the Defendant M.A.S. Ga LLC d/b/a/ S & D Wholesale, and as and for its Disclosure of Non-Infringement and Invalidity Contentions, pursuant to[1] the provisions of the Court's "Case Management And Scheduling Order In Patent Cases" (Doc. 19, filed 09/04/14), states, as follows:

The statements made in the attached motion for Summary Judgment (Doc. 30 and 30-1 through 30-31, filed on 8/29/2014) are respectfully incorporated by reference and adopted herein.

---

[1] And further pursuant to the Order of Chief Judge Anne C. Conway (Doc. 25, entered on 7/22/2014) in the copending case of Skyline *USA, Inc. v. Cutting Edge Products, Inc,* Case No. #: 6:14-cv-00212-ACC-GJK, and ordering; "To the extent there are overlapping issues the parties can work together to avoid duplication of effort." Wherefore, the Defendant herein reserves its full right to file motions for summary judgment including, *inter alia,* motions on the subjects of patent invalidity and non-infringement.

1

Yet additionally, the Defendant herein M.A.S. Ga further states that, in addition to invalidity of the patent-in-suit, there can be no infringement by the design of the stun guns that it had imported and sold, because:

a. the features of the patent-in-suit (with the exception of the semi-circular electrodes that follow the contours of and are contained within the scalloped rim of the operative face of the flashlight) are identical in all material respects to prior art structures;

b. the Plaintiff Skyline has represented that the semi-circular electrodes are "concealed", and thus is estopped to argue that such electrodes somehow form a part of the accused design; and

c. the design of M.A.S. Ga's stun gun products does not use concealed electrodes, but rather uses fully exposed electrodes that are (i) triangularly-shaped, (ii) highly visible, and (iii) extend substantially across the entirely of the operative face of the flashlight.

M.A.S. Ga, LLC, of course, reserves all of its rights under the Court's Orders, and whether to provide additional disclosures of invalidity, non-infringement or otherwise.

Respectfully submitted this 29th day of September, 2014,

*/s/ Robert M. Ward*
Robert M. Ward
(Georgia Bar No. 775401)
3455 Peachtree Road NE
Floor 5
Atlanta, GA 30326
Ph:  (404) 606-6480
Email:  bmwlaw@aol.com

Amber N. Davis, Esq.
Florida Bar No. 0026628
**BEUSSE WOLTER SANKS & MAIRE, P.A.**
390 North Orange Avenue, Suite 2500
Orlando, Florida 32801
Telephone:   (407) 926-7700
Facsimile:   (407) 926-7720
adavis@iplawfl.com

**Attorneys for Plaintiff**

3

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served electronically on the date set forth hereon upon all counsel of record.

<u>**/s/ Robert M. Ward**</u>