# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| SKYLINE USA, INC., | § | |
| | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| v. | § | 6:14-cv-210-ORL-28 |
| | § | |
| M.A.S. Ga LLC d/b/a | § | |
| S & D Wholesale, | § | |
| | § | |
| Defendant. | § | |

DECLARATION OF YASIR SHEIKH

1.     My name is Yasir Sheikh.  I am one of the co-inventors of United States Design Patent D671,249 titled "Combined Flashlight and Stun Gun" that issued Nov. 20, 2012 ("the '249 Patent").  I have personal knowledge of the facts stated in this declaration, as more particularly set forth below.

2.     I am a co-owner of Skyline USA, Inc. ("Skyline"), which is the plaintiff in the above captioned lawsuit.  Skyline has sued M.A.S. Ga LLC d/b/a S & D Wholesale (S & D Wholesale) claiming that a stun gun flashlight (Accused Stun Gun Flashlight) offered for sale and sold by S & D Wholesale infringes upon the '249 Patent.  A comparison of the '249 Patent and Accused Stun Gun Flashlight is as follows:

| Flashlight/Stun Gun View | Skyline Patented Design | S&D Wholesale |
|---|---|---|
| Front Elevational View |  |  |

1



| Rear Elevational View | | |
| Top Plan View | | |
| Bottom Plan View | | |



3.      In August 2013, I attended an industry trade show in Las Vegas, Nevada that took place from August 4 through August 7, 2013.   Representatives of M.A.S. Ga LLC d/b/a S & D Wholesale (S & D Wholesale) also attended the tradeshow and offered various products for sale at their trade show booth.   During the trade show, I asked an employee of Silverstorm Creations, Jonathan Bart, to go to the S & D Wholesale Booth and do a test buy of the Accused Stun Gun Flashlight, which is also known as the SD-168 model.   I also asked him to do a test buy of various other products from S & D Wholesale so it would not be obvious what product we were doing the test buy of.

4.      Jonathan Bart did the test buy from S & D Wholesale and came back and gave me an invoice ("Invoice") from S & D Wholesale and also gave me an Accused Stun Gun Flashlight that he had obtained from representatives of S & D Wholesale at their trade show booth.  A true and correct copy of the Invoice is attached hereto as Exhibit A.

5.      I took photographs of the Accused Stun Gun Flashlight given to me by Jonathan Bart. True and correct copies of the photographs I took of the Accused Stun Gun Flashlight given to me by Jonathan Bart at the Las Vegas, Nevada Tradeshow in August 2013 are attached hereto as Exhibit B.

6.      I have done an Internet Search of offers for sale of the SD-168 Accused Stun Gun Flashlight and it is currently being offered for sale on Amazon.com and eBay.com as well as many other online retailers. For example:

http://www.amazon.com/Leopard-Quality-Defense-Flashlight-Rechargeable/dp/B009I3XXG8

http://www.wholesalecentral.com/1zackw0001/store.cfm?event=showcatalog&catid=130768

http://www.sharperedge.co/sd168-led-flashlight-stun-guns/

http://www.ebay.com/sch/sis.html?_nkw=Leopard%20S%20D%20Cutlery%20SD%20168%20output%20voltage%20300kv%20Compact%20flashlight%20stun%20gun&_itemId=181086898516

http://www.stungunsplus.com/Leopard-High-Quality-Defense-Weapon-Metal/A/B009I3XXG8.htm

http://www.toolslightnow.com/1m32h-leopard-high-quality-defense-weapon-metal-buy-usa.html

http://www.rexdist.com/products/sd-168-bk

https://www.liveauctioneers.com/item/24421659_sd-168-flashlight-stun-gun

7.     The URL for S & D Wholesale's website is http://www.sanddwholesales.co.   S & D Wholesale currently offers for sale a "SD-168" Model that has two prongs extending inwardly from the bezel edge, as follows:



S & D Wholesale attempts to disguise the prongs in the photograph by superimposing an electric arc over the prongs.  This photograph is available at

http://www.sanddwholesales.co/#!product/prd15/3680210371/sd-168

8.     The S & D Wholesale SD-168 model sold on other websites do not have the prongs.  For example, the SD-168 model sold on the Amazon.com website is as follows:



 This SD-168 model is available for viewing at: http://www.amazon.com/Leopard-Quality-Defense-Flashlight-Rechargeable/dp/B009I3XXG8

9.      I have contacted a distributor that I know purchased the SD-168 Accused Stun Gun Flashlight from S & D Wholesale. The distributor confirmed that the distributor did purchase the SD-168 Accused Stun Gun Flashlight (without prongs) from S & D Wholesale since November 20, 2012. True and correct copies of the redacted emails confirming these purchases are attached hereto as Exhibit C. Unredacted copies of these emails can be produced under an attorney-eyes only designation.

10.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    This 27th day of April, 2015.

                                        Yasir Sheikh

6

# EXHIBIT A



# EXHIBIT B

















# EXHIBIT C

**From:** ▮▮▮▮▮▮▮▮
**Date:** March 14, 2015 at 6:48:26 PM EDT
**To:** YasirS@skylineusainc.com
**Subject: Re: Stun guns**

150PCS MARCH 2014
▮▮▮▮

In a message dated 3/13/2015 12:59:12 P.M. Pacific Daylight Time, YasirS@skylineusainc.com writes:

> Dear ▮▮▮▮▮▮,
>
> Sorry to keep bothering you. Can you tell me the last time you purchased the attached S & D black stun gun from Saboor? I won't need any other questions after this one.
>
>
> Best Regards,
>
>
> Yasir Sheikh
> Skyline USA, Incorporated
> Lexage Corporation
> President
> Direct office: 407.218.6436
> Fax: 407.322.1099
> yasirs@skylineusainc.com

Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please notify the sender and destroy and delete any copies you may have received.

On Tue, Mar 10, 2015 at 1:39 PM, <▮▮▮▮▮▮▮▮▮▮▮> wrote:
> BLACK COLOR
> ▮▮▮▮▮
>
> In a message dated 3/10/2015 10:30:39 A.M. Pacific Daylight Time, YasirS@skylineusainc.com writes:
>
> > Dear ▮▮▮▮
> >
> > Were the colors of the stun guns black? Or mixed?
> >
> >
> > Best Regards,
> >
> >
> >
> > Yasir Sheikh
> > Skyline USA, Incorporated
> > Lexage Corporation
> > President
> > Direct office: 407.218.6436
> > Fax: 407.322.1099
> > yasirs@skylineusainc.com
> >
> > Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain

information which is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please notify the sender and destroy and delete any copies you may have received.

On Mon, Mar 9, 2015 at 9:35 PM, <█████████████> wrote:
AOA
YASIR WE DID NOT PURCHASE MANY ABOUT LESS THAN 500PCS TOTAL
██████

In a message dated 3/5/2015 11:09:05 A.M. Pacific Standard Time,
YasirS@skylineusainc.com writes:

Dear ██████████

I hope all is well. Please advise how many of the the attached models **you have purchased** from S & D in any color (black, pink, green, etc.) from November 20, 2012.

Do not worry, your information will only be kept "attorney's eyes only" and S & D will not know you answered the question. Your cooperation is much appreciated.


Best Regards,

Yasir Sheikh
Skyline USA, Incorporated
Lexage Corporation
President
Direct office: 407.218.6436
Fax: 407.322.1099
yasirs@skylineusainc.com

Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please notify the sender and destroy and delete any copies you may have received.

From: ███████████
Date: Mon, Mar 9, 2015 at 9:35 PM
Subject: Re: Stun guns
To: YasirS@skylineusainc.com

AOA
YASIR WE DID NOT PURCHASE MANY ABOUT LESS THAN 500PCS TOTAL
████████

In a message dated 3/5/2015 11:09:05 A.M. Pacific Standard Time, YasirS@skylineusainc.com writes:

> Dear ████████████,
>
> I hope all is well. Please advise how many of the the attached models **you have purchased** from
> S & D in any color (black, pink, green, etc.) from November 20, 2012.
>
> Do not worry, your information will only be kept "attorney's eyes only" and S & D will not know you
> answered the question. Your cooperation is much appreciated.
>
>
> Best Regards,
>
> Yasir Sheikh
> Skyline USA, Incorporated
> Lexage Corporation
> President
> Direct office: 407.218.6436
> Fax: 407.322.1099
> yasirs@skylineusainc.com

yasir@skylineusainc.com

Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please notify the sender and destroy and delete any copies you may have received.





