**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SKYLINE USA, INC.,**

      **Plaintiff,**

v.                                                        Case No:   6:14-cv-210-Orl-22GJK

**M.A.S. GA LLC,**

      **Defendant.**

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED RENEWED MOTION OF AMBER N. DAVIS AND KEVIN W. WIMBERLY MOTION TO WITHDRAW AS COUNSEL (Doc. No. 53)** |
| **FILED:** | **November 24, 2015** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is directed to **STRIKE** M.A.S. GA LLC's answer (Doc. No. 14) and **to enter default against it**.

On November 2, 2015, Defendant's counsel sought to withdraw as counsel of record. Doc. No. 50.  On November 4, 2015, the Court entered an order denying the motion without prejudice and directing Defendant to: 1) retain substitute counsel on or before Friday, November 20, 2015; and 2) have substitute counsel file a notice of appearance.  Doc. No. 51 at 2.  The Court warned that "[i]f Defendant fails to retain substitute counsel and have substitute counsel file a notice of appearance in the time provided . . ., the Court may, without further warning, strike its

- 2 -

pleadings (Doc. No. 14) and direct the Clerk to enter default against it." Doc. No. 51 at 2. The Court further directed counsel for Defendant to file a renewed motion on or before November 25, 2015, or after substitute counsel appears, whichever comes first. *Id.* To date, Defendant has not retained substitute counsel or had substitute counsel file a notice of appearance.

On November 24, 2015, counsel filed an Unopposed Renewed Motion of Amber N. Davis and Kevin W. Wimberly to Withdraw as Counsel (the "Motion"). Doc. No. 53. In the Motion, counsel state that upon information and belief, Defendant has failed to retain substitute counsel. Doc. No. 53 at 2. Based on the forgoing it is hereby **ORDERED** that:

1. The Motion (Doc. No. 53) is **GRANTED**;

2. **The Clerk is directed to STRIKE the Defendant's answer (Doc. No. 14)**;

3. **The Clerk is directed to enter default against the Defendant**. *See* Local Rule 2.03(e) (corporations may not appear *pro se*); and

4. **On or before January 6, 2016, Plaintiff shall file a motion for default judgment**. *See* Local Rule 1.07(b).

**DONE** and **ORDERED** in Orlando, Florida on November 30, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties