# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SKYLINE USA, INC.,**

    **Plaintiff,**

v.                                         Case No: 6:14-cv-210-Orl-22GJK

**M.A.S. GA LLC,**

    **Defendant.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **M.A.S. GA LLC** in Orlando, Florida on the 1st day of December, 2015.

SHERYL L. LOESCH, CLERK

s/R. Olsen, Deputy Clerk

Copies furnished to:

Counsel of Record